**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-6030**

———————

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

SHAWN ADAMSON,

               Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Robert G. Doumar, Senior District Judge. (4:11-cr-00088-RGD-FBS-3)

———————

Submitted: May 18, 2016             Decided: May 23, 2016

———————

Before SHEDD, DIAZ, and HARRIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Shawn Adamson, Appellant Pro Se. Eric Matthew Hurt, Assistant United States Attorney, Newport News, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawn Adamson filed a self-styled "Request for reduction of sentence by appeal" that the district court construed as an appeal of its order granting Adamson a sentence reduction under 18 U.S.C. § 3582 (2012) and Guidelines Amendment 782.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Adamson, No. 4:11-cr-00088-RGD-FBS-3 (E.D. Va. entered Nov. 10, 2014 and effective Nov. 1, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

*Because the document was construed as a notice of appeal of the district court's order entered November 10, 2014, it is untimely. We decline to dismiss the appeal, however, because the Government has not moved to dismiss the appeal, and the appeal period in criminal cases is not jurisdictional. United States v. Urutyan, 564 F.3d 679, 684-86 (4th Cir. 2009).